CASE No. PD-0752-15
COURT OF APPEALS No. 02-14-00426-CR

*30 day extension granted*
*~~ Meyers, Judge~~*
*12/4/15*

CHARLES ANTHONY GREEN, appellant      §

                                      §      ~~RECEIVED IN~~ COURT OF

                                      §      **COURT OF CRIMINAL APPEALS**

                                      §      CRIMINAL APPEALS

                                      §      **DEC 03 2015**

THE STATE OF TEXAS, appellee          §      AUSTIN, TEXAS.


MOTION FOR EXTENSION OF 45-DAY's TO FILE MOTION FOR A REHEARING Abel Acosta, Clerk

TO: THE HONORABLE JUSTICES OF SAID COURT:


Comes Now, Charles Anthony Green, petitioner, pro-se, and files his motion for an extension of time of 45-day's to file his Motion For a Rehearing. He shows the Court the following:


ONE

The petitioner Green received notice from the Court of Criminal Appeals that on November 18, 2015 the Court refused his petition for discreationary review.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

TWO
TEXAS RULES OF APPELLATE PROCEDURE

79.1 MOTION FOR REHEARING.

A motion for rehearing may be filed with the Court of Criminal Appeals clerk within 15-day's from the date of the judgment or order.

79.6 EXTENSION OF TIME.

The Court of Criminal Appeals may extend the time for filing a motion or a further motion for rehearing if a party files a motion complying with RULE 10.5(b) within the time for filing a motion or further motion for rehearing.


(1)

## 10.5(b) MOTION TO EXTEND TIME.

(A) the deadline for filing the Motion for Rehearing is December 3, 2015.

(B) the petitioner request for 45-day's extension of time to file his motion for rehearing.

(C) the facts petitioner relies on for the extension of 45-day's to file motion for rehearing.

The petitioner Green has had difficulty in access to his prison Wynne Unit Law Library because of the holiday season, and his prison work schedule.

The prison rules will not let him attend the law library at certain times, and his work schedule interfers with the new law library schedule of 4am in the morning. He also needs the extended time because the Wynne Unit prison law library will be closed for several day's during the December Christmas Holiday season more than normal, and it would be difficult for him to effectively file a motion for rehearing without the extended time of 45-day's. He will not be able to file an effective motion for a rehearing until immediately, or after the Christmas holiday.

### PRAYER

The petitioner Charles Anthony Green prays that the Honorable Court will grant his motion for an extended time of 45-day's to file an effective motion for rehearing.

November 30, 2015.                    RESPECTFULLY SUBMITTED

*Charles Anthony Green*

CHARLES ANTHONY GREEN
#1959504   WYNNE UNIT
810   FM 2821
HUNTSVILLE, TEXAS.
77349.

### INMATES DECLARATION

I, Charles Anthony Green, Id.#1959504, swear under the penalty of perjury that the forgoing information is true and correct.

November 30, 2015.          *Charles Anthony Green*

CHARLES ANTHONY GREEN

(2)